IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

FRANCISCO MEDINA CASTENEDA,

        Defendant.
_____/

CR. NO. S-00-0167 EJG

ORDER OF REASSIGNMENT

    Pursuant to Appendix A(f)(1) of the Local Rules of Practice of the Eastern District of California and General Order 372, this case is reassigned for all purposes from the Honorable Lawrence K. Karlton to the Honorable Edward J. Garcia.  Accordingly, the court issues the following orders.

    1.  All presently set dates before Judge Karlton are VACATED.

    2.  From the filing date of this order, the caption on all documents filed in this case shall be shown as <u>United States v. Casteneda</u>, Cr. No. S-00-0167 EJG.

///

1

3. The Clerk of Court shall make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

I approve of this reassignment.

Dated: May 12, 2005

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON, JUDGE
                                        UNITED STATES DISTRICT COURT

I accept this reassignment.

Dated: May 12, 2005

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT