# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**FRANCISCO MEDINA CASTANEDA**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:00CR00167-01**

Federal Defender Quin Denvir & AFD Rachelle Barbour

Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to violation of charge(s) 1 & 2 as alleged in the violation petition filed on __.

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Not Commit Another Federal Crime (21 USC 846 & 841(2)(1) | 12/9/03 |
| 2 | Not Commit Another Federal Crime (21 USC 841(2)(1) | 12/9/03 |

FILED

MAY 2 6 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on December 12, 2000 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 20, 2005

Date of Imposition of Sentence

Signature of Judicial Officer

**EDWARD J. GARCIA**, United States District Judge

Name & Title of Judicial Officer

5/25/05

Date

CASE NUMBER:      2:00CR00167-01                                                    Judgment - Page 2 of 2
DEFENDANT:        FRANCISCO MEDINA CASTANEDA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY-FOUR (24) months on each of charges 1 & 2 - to be served concurrently with each other and with the sentence imposed, May 20, 2005, in 2:03CR000549-01.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
            Deputy U.S. Marshal